UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE RUBI,<br><br>        Plaintiff,<br><br>  v.<br><br>JENNIFER SUMMERS,<br><br>        Defendant. | Case No. CV 19-10885-ODW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    **IT IS ORDERED** that Defendant's motion to dismiss the first amended complaint is GRANTED-IN-PART; the Complaint is dismissed with leave to amend; and Plaintiff is ordered to file a First

Amended Complaint no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: December 7, 2020

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

2