**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO RENE RUBI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER SUMMERS,<br><br>　　　　　Defendant. | Case No. CV 19-10885-ODW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　**IT IS ORDERED** that Defendant's motion to dismiss the First Amended Complaint is DENIED; Defendant is ordered to file an Answer

to the First Amended Complaint no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: June 7, 2021

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE