✔ JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE RUBI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JENNIFER SUMMERS,<br><br>　　　　Defendant. | Case No. CV 19-10885-ODW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: January 17, 2024

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE